Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−30386−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Catherine R. Scott
   14 Melbourne Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−6833

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 29, 2020.

On 09/22/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:          November 4, 2020
Time:          10:00 AM
Location:      Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 23, 2020
JAN: mjb

                                                                    Jeanne Naughton
                                                                    Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                          Case No. 19-30386-CMG
Catherine R. Scott                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Sep 23, 2020
                              Form ID: 185             Total Noticed: 25

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2020.
db             +Catherine R. Scott,    14 Melbourne Lane,    Willingboro, NJ 08046-3124
518537363       Amcol Sys Inc,   re: Virtua,    POB 21625,    Columbia, SC 29221-1625
518537364      +Apex Asset Managment,    1286 Carmichael Way,    Montgomery, AL 36106-3645
518537367      #+Diversified Consultants,    POB 1391,    Southgate, MI 48195-0391
518537369      +Independent Recovery Re,    24 Railroad Ave,    Patchogue, NY 11772-3518
518537371      +IvyRehab Network,    POB 416495,    Boston, MA 02241-6495
518537372      #+KML Law Group,    Midfirst bank  F 037232-15,    216 Haddon Ave, Ste 406,
                 Collingswood, NJ 08108-2812
518537373      +Lourdes,   POB 822112,    Philadelphia, PA 19182-2112
518651272      +MidFirst Bank,    999 Northwest Grand Boulevard,    Oklahoma City, OK 73118-6051
518537374      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: NJ - Div of Taxation,    Compliance and Enforcement  BK unit,
                 50 Barrack St,   9 th FL,    POB 245,   Trenton, NJ 08695)
518537377      +State of NJ, D.O.L.,    POB 913,   Trenton, NJ 08625-0913
518661724      +State of New Jersey,    Dept. of Labor,    PO Box 951,   Trenton, NJ 08625-0951
518537379      +Willingboro Twp Taxes,    1 Rev Dr MLK Dr,    Willingboro, NJ 08046-2800
518537376      +remex,   re: SJ Radiology,    307 Wall St,   Princeton, NJ 08540-1515
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 24 2020 00:44:13     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 24 2020 00:44:11     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518537362      +E-mail/Text: ally@ebn.phinsolutions.com Sep 24 2020 00:43:15     Ally Financial,    POB 380901,
                 Minneapolis, MN 55438-0901
518537365      +E-mail/Text: bankruptcy@consumerportfolio.com Sep 24 2020 00:44:18     CPS,    POB 57071,
                 Irvine, CA 92619-7071
518537366       E-mail/Text: G06041@att.com Sep 24 2020 00:44:23     Direct TV,    POB 78626,
                 Phoenix, AZ 85062
518537368      +E-mail/Text: bankruptcydept@wyn.com Sep 24 2020 00:44:26     Fairfield Acceptance,
                 10750 W. Charlestown Ste 130,    Las Vegas, NV 89135-1049
518537370       E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 24 2020 00:43:39     Internal Revenue Service,
                 POB 7346,   Philadelphia, PA 19101-7346
518537375      +E-mail/Text: bankruptcy@onlineis.com Sep 24 2020 00:44:28     Online Collections,
                 Re: Capital Health Sys,    POB 1489,   Winterville, NC 28590-1489
518650491       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 24 2020 00:48:44
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
518537378      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 24 2020 00:43:04
                 Verizon,   500 Technology Dr, Ste 300,    Saint Charles, MO 63304-2225
518633099      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 24 2020 00:49:27     Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 11

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3              User: admin                 Page 2 of 2              Date Rcvd: Sep 23, 2020
                                  Form ID: 185                Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon     on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Peter E. Zimnis     on behalf of Debtor Catherine R. Scott njbankruptcylaw@aol.com
              Rebecca Ann Solarz     on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 5
```