UNITED STATES BANKRUPTCY COURT :
DISTRICT OF NEW JERSEY :
  :
  :
  :
Law Offices of Peter E. Zimnis :
1245 Whitehorse-Mercerville Road :
Suite 412 :
Trenton, New Jersey 08619 :
Attorney for Debtor :
  : Case No.  19-30386
  :
In re: : Judge:
CATHERINE SCOTT :
  :   Chapter 13
Debtor :
  :
  :

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO

☐     **CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**

X     **TRUSTEE'S MOTION OR CERTIFICATION OF DEFAULT**

The debtor in the above-captioned Chapter 13 proceeding hereby objects   to the following

**(choose one)**

1. ☐     Motion for Relief from Automatic Stay filed by _____, creditor,

    A hearing has been scheduled for _____, at ___ __m.

*OR*

X☐     Motion to dismiss filed by the Standing Chapter 13 Trustee

A hearing has been scheduled for **April ___, 2021**, at **9:00 a.m.**

☐     Certification of Default filed by _____, creditor,

I am requesting a hearing be scheduled on this matter.

*OR*

☐     Certification of Default filed by Standing Chapter 13 Trustee

I am requesting a hearing on this matter.

2. I am objecting to the above for the following reasons (**choose one**)

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached hereto

   ☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**)_____
   _____
   _____

   X☐ Other (**explain your answer**)  _I modified plan was signed and to be filed to account for proof of claim._____

3. This certification is being made in an effort to resolve the issues raised by **Albert Russo,** the trustee/movant in this motion.

4. I certify under penalty of perjury that the foregoing is true and correct.


Date: _____                    _/s/ Catherine Scott__

                                          Debtor's Signature

Date: _____                    _/s/_____

                                          Debtor's Signature


**NOTE**

1. This form must be filed with the court and served upon the standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1 (d), if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to dismiss.*

2. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within ten (10) days of the filing of a *Creditor's Certification of Default* (under an order resolving motion to vacate stay and /or dismiss with conditions) or a Trustee's Certification of Default.

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled**