Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−30386−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Catherine R. Scott
   14 Melbourne Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−6833

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 12, 2020.

On 03/21/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:           April 21, 2021
Time:           10:00 AM
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: March 22, 2021
JAN: mjb

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 19-30386-CMG

Catherine R. Scott                                                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3             User: admin             Page 1 of 2

Date Rcvd: Mar 22, 2021           Form ID: 185            Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Catherine R. Scott, 14 Melbourne Lane, Willingboro, NJ 08046-3124 |
| 518537363 | | Amcol Sys Inc, re: Virtua, POB 21625, Columbia, SC 29221-1625 |
| 518537364 | + | Apex Asset Managment, 1286 Carmichael Way, Montgomery, AL 36106-3645 |
| 518537369 | + | Independent Recovery Re, 24 Railroad Ave, Patchogue, NY 11772-3518 |
| 518537371 | + | IvyRehab Network, POB 416495, Boston, MA 02241-6495 |
| 518537372 | #+ | KML Law Group, Midfirst bank F 037232-15, 216 Haddon Ave, Ste 406, Collingswood, NJ 08108-2812 |
| 518537373 | + | Lourdes, POB 822112, Philadelphia, PA 19182-2112 |
| 518537374 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, NJ - Div of Taxation, Compliance and Enforcement BK unit, 50 Barrack St, 9 th FL, POB 245, Trenton, NJ 08695 |
| 518537377 | + | State of NJ, D.O.L., POB 913, Trenton, NJ 08625-0913 |
| 518661724 | + | State of New Jersey, Dept. of Labor, PO Box 951, Trenton, NJ 08625-0951 |
| 518537379 | + | Willingboro Twp Taxes, 1 Rev Dr MLK Dr, Willingboro, NJ 08046-2800 |
| 518537376 | + | remex, re: SJ Radiology, 307 Wall St, Princeton, NJ 08540-1515 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 23 2021 01:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 23 2021 01:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518537362 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 23 2021 01:39:00 | Ally Financial, POB 380901, Minneapolis, MN 55438-0901 |
| 518537365 | + | Email/Text: bankruptcy@consumerportfolio.com | Mar 23 2021 01:42:00 | CPS, POB 57071, Irvine, CA 92619-7071 |
| 518537366 | | Email/Text: G06041@att.com | Mar 23 2021 01:43:00 | Direct TV, POB 78626, Phoenix, AZ 85062 |
| 518537368 | + | Email/Text: bankruptcydept@wyn.com | Mar 23 2021 01:43:00 | Fairfield Acceptance, 10750 W. Charlestown Ste 130, Las Vegas, NV 89135-1049 |
| 518537370 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 23 2021 01:40:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 518651272 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Mar 22 2021 23:41:04 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518537375 | + | Email/Text: bankruptcy@onlineis.com | Mar 23 2021 01:43:00 | Online Collections, Re: Capital Health Sys, POB 1489, Winterville, NC 28590-1489 |

Case 19-30386-CMG    Doc 59    Filed 03/24/21    Entered 03/25/21 00:16:03    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 22, 2021 | Form ID: 185 | Total Noticed: 24 |

| 518650491 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Mar 23 2021 00:02:06 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 518633099 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
| | | | Mar 22 2021 23:42:06 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518537378 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Mar 23 2021 01:39:00 | Verizon, 500 Technology Dr, Ste 300, Saint Charles, MO 63304-2225 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518537367 | ##+ | Diversified Consultants, POB 1391, Southgate, MI 48195-0391 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 24, 2021                      Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Peter E. Zimnis | on behalf of Debtor Catherine R. Scott njbankruptcylaw@aol.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6