Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19−30386−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Catherine R. Scott
   14 Melbourne Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−6833

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 23, 2021.

Dated: April 23, 2021
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                              Case No. 19-30386-CMG

Catherine R. Scott                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                          Page 1 of 2

Date Rcvd: Apr 23, 2021                       Form ID: plncf13                      Total Noticed: 24

The following symbols are used throughout this certificate:

**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Catherine R. Scott, 14 Melbourne Lane, Willingboro, NJ 08046-3124 |
| 518537363 | | Amcol Sys Inc, re: Virtua, POB 21625, Columbia, SC 29221-1625 |
| 518537364 | + | Apex Asset Managment, 1286 Carmichael Way, Montgomery, AL 36106-3645 |
| 518537369 | + | Independent Recovery Re, 24 Railroad Ave, Patchogue, NY 11772-3518 |
| 518537371 | + | IvyRehab Network, POB 416495, Boston, MA 02241-6495 |
| 518537372 | #+ | KML Law Group, Midfirst bank F 037232-15, 216 Haddon Ave, Ste 406, Collingswood, NJ 08108-2812 |
| 518537373 | + | Lourdes, POB 822112, Philadelphia, PA 19182-2112 |
| 518537374 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, NJ - Div of Taxation, Compliance and Enforcement BK unit, 50 Barrack St, 9 th FL, POB 245, Trenton, NJ 08695 |
| 518537377 | + | State of NJ, D.O.L., POB 913, Trenton, NJ 08625-0913 |
| 518661724 | + | State of New Jersey, Dept. of Labor, PO Box 951, Trenton, NJ 08625-0951 |
| 518537379 | + | Willingboro Twp Taxes, 1 Rev Dr MLK Dr, Willingboro, NJ 08046-2800 |
| 518537376 | + | remex, re: SJ Radiology, 307 Wall St, Princeton, NJ 08540-1515 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 23 2021 22:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 23 2021 22:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518537362 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 23 2021 22:32:00 | Ally Financial, POB 380901, Minneapolis, MN 55438-0901 |
| 518537365 | + | Email/Text: bankruptcy@consumerportfolio.com | Apr 23 2021 22:35:00 | CPS, POB 57071, Irvine, CA 92619-7071 |
| 518537366 | | Email/Text: G06041@att.com | Apr 23 2021 22:35:00 | Direct TV, POB 78626, Phoenix, AZ 85062 |
| 518537368 | + | Email/Text: bankruptcydept@wyn.com | Apr 23 2021 22:35:00 | Fairfield Acceptance, 10750 W. Charlestown Ste 130, Las Vegas, NV 89135-1049 |
| 518537370 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 23 2021 22:33:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 518651272 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Apr 23 2021 22:55:49 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518537375 | + | Email/Text: bankruptcy@onlineis.com | Apr 23 2021 22:35:00 | Online Collections, Re: Capital Health Sys, POB 1489, Winterville, NC 28590-1489 |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Apr 23, 2021 | Form ID: plncf13 | Total Noticed: 24

| 518650491 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
|---|---|---|---|
| | | Apr 23 2021 22:56:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 518633099 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
| | | Apr 23 2021 22:56:07 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518537378 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Apr 23 2021 22:32:00 | Verizon, 500 Technology Dr, Ste 300, Saint Charles, MO 63304-2225 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518537367 | ##+ | Diversified Consultants, POB 1391, Southgate, MI 48195-0391 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Peter E. Zimnis | on behalf of Debtor Catherine R. Scott njbankruptcylaw@aol.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6