| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c) | **Order Filed on June 17, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| Law Office Peter Zimnis<br>1245 Whitehorse Mercerville Road<br>Suite 412<br>Trenton, NJ 08619<br>(609) 581-9353 | |
| In re:<br>CATHERINE SCOTT<br><br>          Debtors | Case No.: 19-30386<br>Chapter 13<br>Judge: Gravelle |

# ORDER GRANTING ADDITIONAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: June 17, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(page 2)**
Debtor:  Catherine Scott
Case No.:  19-30386 CMG
Caption:  Order Granting Additional Chapter 13 Fees

  The applicant having certified (pursuant to <u>D.NJ LBR</u> 2016-5) that legal work in addition to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

  ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $1,000 for services rendered and expenses in the amount of $0 for a total of $1,000.  The allowance shall be payable:

  \_\_\_x\_\_ through the Chapter 13 Plan as an administrative priority from
     funds on hand
  \_\_\_\_\_ outside the Plan

  The debtor's monthly Plan is modified to require a payment of $445 per month for the remaining months to allow for payment of aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Catherine R. Scott  
    Debtor

Case No. 19-30386-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Jun 17, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Catherine R. Scott, 14 Melbourne Lane, Willingboro, NJ 08046-3124 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John Zimnis | on behalf of Debtor Catherine R. Scott njbankruptcylaw@aol.com. |
| Peter E. Zimnis | on behalf of Debtor Catherine R. Scott njbankruptcylaw@aol.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com |

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Jun 17, 2021 Form ID: pdf903 Total Noticed: 1

U.S. Trustee
                     USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7