UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
PO Box 4853
Trenton,  NJ    08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Catherine R. Scott

Debtor(s)

Case No.: 19-30386 / CMG

Judge: Christine M. Gravelle

Chapter: 13

## <u>CERTIFICATION OF SERVICE</u>

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 7/19/2022, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

**Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.


Dated:  7/19/2022

/s/  Kierstyn Buchanan

Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Catherine R. Scott<br>14 Melbourne Lane<br>Willingboro, NJ   08046 | Debtor(s) | Regular Mail |
| Peter E. Zimnis, Esq.<br>1245 Whitehorse-Mercerville Rd.<br>Suite 412<br>Trenton,  NJ   08619-3831 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |