Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

        Case No.: 19−30386−CMG  
        Chapter: 13  
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Catherine R. Scott  
   14 Melbourne Lane  
   Willingboro, NJ 08046

Social Security No.:  
   xxx−xx−6833

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/3/22 at 09:00 AM

to consider and act upon the following:

*71* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 8/2/2022. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 7/28/22

                      Jeanne Naughton  
                      Clerk, U.S. Bankruptcy Court