| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br><br> Caption in Compliance with D.N.J. LBR 9004-2(c) <br><br> Law Office Peter Zimnis <br> 1245 Whitehorse Mercerville Road <br> Suite 412 <br> Trenton, NJ 08619 <br> (609) 581-9353 <br><br> In re: <br> CATHERINE SCOTT <br><br><br> Debtors | Order Filed on January 30, 2023 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey <br><br><br><br><br><br><br><br><br><br> Case No.: 19-30386 <br><br> Chapter 13 <br><br> Judge: Gravelle |

# ORDER GRANTING ADDITIONAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: January 30, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(page 2)**
Debtor:  Catherine Scott
Case No.:  19-30386 CMG
Caption:  Order Granting Additional Chapter 13 Fees

The applicant having certified (pursuant to D.NJ LBR 2016-5) that legal work in addition to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $600 for services rendered and expenses in the amount of $0 for a total of $600. The allowance shall be payable:

___x___   through the Chapter 13 Plan as an administrative priority from
                funds on hand
_____   outside the Plan

The debtor's monthly Plan is modified to require a payment of $960 per month for the remaining 21 months to allow for payment of aforesaid fee.