|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |
| In re:<br><br>Catherine R. Scott<br><br>Debtor(s) |

Case No.: 19-30386 / CMG

Judge: Christine M. Gravelle

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 1/18/2024, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated: 1/18/2024                                                                /s/ Kierstyn Buchanan

                                                                                              Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Catherine R. Scott<br>14 Melbourne Lane<br>Willingboro, NJ  08046 | Debtor(s) | Regular Mail |
| Peter E. Zimnis, Esq.<br>1245 Whitehorse-Mercerville Rd.<br>Suite 412<br>Trenton,  NJ  08619-3831 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |