Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−30386−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Catherine R. Scott
   14 Melbourne Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−6833

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/5/24.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 5, 2024
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Catherine R. Scott  
    Debtor

Case No. 19-30386-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Feb 05, 2024     Form ID: 148     Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Catherine R. Scott, 14 Melbourne Lane, Willingboro, NJ 08046-3124 |
| 518537364 | + | Apex Asset Managment, 1286 Carmichael Way, Montgomery, AL 36106-3645 |
| 518537369 | + | Independent Recovery Re, 24 Railroad Ave, Patchogue, NY 11772-3518 |
| 518537371 | + | IvyRehab Network, POB 416495, Boston, MA 02241-6495 |
| 518537373 | + | Lourdes, POB 822112, Philadelphia, PA 19182-2112 |
| 518537377 | + | State of NJ, D.O.L., POB 913, Trenton, NJ 08625-0913 |
| 518537379 | + | Willingboro Twp Taxes, 1 Rev Dr MLK Dr, Willingboro, NJ 08046-2800 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 05 2024 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 05 2024 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518537362 | + | EDI: GMACFS.COM | Feb 06 2024 01:36:00 | Ally Financial, POB 380901, Minneapolis, MN 55438-0901 |
| 518537363 | ^ | MEBN | Feb 05 2024 20:46:09 | Amcol Sys Inc, re: Virtua, POB 21625, Columbia, SC 29221-1625 |
| 518537365 | + | Email/Text: bankruptcy@consumerportfolio.com | Feb 05 2024 20:48:00 | CPS, POB 57071, Irvine, CA 92619-7071 |
| 518537366 | | EDI: DIRECTV.COM | Feb 06 2024 01:42:00 | Direct TV, POB 78626, Phoenix, AZ 85062 |
| 518537368 | + | Email/Text: bankruptcydept@wyn.com | Feb 05 2024 20:48:00 | Fairfield Acceptance, 10750 W. Charlestown Ste 130, Las Vegas, NV 89135-1049 |
| 518537370 | | EDI: IRS.COM | Feb 06 2024 01:42:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 518651272 | + | EDI: AISMIDFIRST | Feb 06 2024 01:42:00 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518537375 | + | Email/Text: bankruptcy@onlineis.com | Feb 05 2024 20:48:00 | Online Collections, Re: Capital Health Sys, POB 1489, Winterville, NC 28590-1489 |
| 518650491 | | EDI: PRA.COM | Feb 06 2024 01:42:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 518537374 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 05 2024 20:47:00 | NJ - Div of Taxation, Compliance and Enforcement BK unit, 50 Barrack St, 9 th FL, POB 245, Trenton, NJ 08695 |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 05, 2024 | Form ID: 148 | Total Noticed: 23 |

| 518661724 | ^ MEBN | | Feb 05 2024 20:46:15 | State of New Jersey, Dept. of Labor, PO Box 951, Trenton, NJ 08625-0951 |
| 518633099 | + EDI: AIS.COM | | Feb 06 2024 01:42:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518537378 | + EDI: VERIZONCOMB.COM | | Feb 06 2024 01:42:00 | Verizon, 500 Technology Dr, Ste 300, Saint Charles, MO 63304-2225 |
| 518537376 | + Email/Text: clientservices@remexinc.com | | Feb 05 2024 20:47:00 | remex, re: SJ Radiology, 307 Wall St, Princeton, NJ 08540-1515 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518537367 | ##+ | Diversified Consultants, POB 1391, Southgate, MI 48195-0391 |
| 518537372 | ##+ | KML Law Group, Midfirst bank F 037232-15, 216 Haddon Ave, Ste 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John Zimnis | on behalf of Debtor Catherine R. Scott njbankruptcylaw@aol.com. |
| Peter E. Zimnis | on behalf of Debtor Catherine R. Scott njbankruptcylaw@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6